UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

IN RE:

WHIZ KIDS DEVELOPMENT, LLC          CHAPTER 11
    DEBTOR                           CASE NO. 15-13167-JNF

*US BANKRUPTCY COURT — 2015 NOV 23 AM 10 33*

## APPEARANCE AND OBJECTION

I, PETER HEANEY, ENTER MY APPEARANCE AND OBJECTION TO EUGENE M. LAMENTO'S MOTION TO ALTER OR AMEND JUDGE JOAN N. FEENEY'S DECISION ON THE GROUNDS THAT I WAS NOT SERVED AND I AM THE RIGHTFUL OWNER OF THE PROPERTY LOCATED AT 2 IONIC AVENUE, WORCESTER, MASSACHUSETTS PER THE SEALED BID AUCTION IN JUDGE FEENEY'S COURT ENTERED ON OCTOBER 29, 2015.

NOVEMBER 23, 2015

Peter Heaney
Pro Se
PETER HEANEY

## CERTIFICATE OF SERVICE

I, PETER HEANEY, HEREBY CERTIFY THAT ON NOVEMBER 23, 2015, I SERVED A COPY OF THE WITHIN APPEARANCE AND OBJECTION TO/A FIRST CLASS MAIL, POSTAGE PREPAID UPON THE FOLLOWING:

① - WHIZ KIDS DEVELOPMENT, LLC (DEBTOR)
c/o JAMES LEVIN, MANAGER
21 ILLINOIS STREET
WORCESTER, MA 01610-1682

⑤ - EUGENE M. LAMENTO
4 GROVE STREET
PAXTON, MA 01612-1330
PRO SE ALLEGED
"RECORD FEE OWNER"

② - BARRY R. LEVINE, ESQUIRE (COUNSEL TO DEBTOR)
LAW OFFICE OF BARRY LEVINE
100 CUMMINGS CENTER - SUITE 327G
BEVERLY, MA 01915-6123

③ - WORCESTER PROPERTIES, LLC (SERIES L) (CREDITOR)
100 MLK JR. BLVD
PO BOX 646
WORCESTER, MA 01608-0646

④ - GEORGE TETLER, ESQUIRE (COUNSEL TO CREDITOR)
BOWDITCH + DEWEY, LLP
311 MAIN STREET
P.O. BOX 15156
WORCESTER, MA 01615-6156

*Peter Heaney*
PETER HEANEY, PRO SE